# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Terry Tyrone Pullen, Jr.,

    Plaintiff,

        v.                                   Case No. 1:16cv515

William Cool, *et al.*,                 Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on January 4, 2017 (Doc. 26), disposed of on January 25, 2017 and then reopened by this Court's Order on February 27, 2017 (Doc. 37) providing for an additional fourteen (14) days to file objections.

Proper notice has been given to the parties on January 4, 2017 and again on February 27, 2017 under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 26) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 26) of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Motion for Default Judgment (Doc. 13) is **DENIED**. Plaintiff's Motion for Leave to File an Amended/Supplemental Complaint (Doc. 19) is also **DENIED**.

    **IT IS SO ORDERED.**

                                                                        */s/ Michael R. Barrett*
                                                                        Michael R. Barrett
                                                                        United States District Judge