UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terry Tyrone Pullen, Jr.,

    Plaintiff,

        v.                               Case No. 1:16cv515

William Cool, *et al.*,                    Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 28, 2017 (Doc. 64).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 64) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction (Doc. 45) is **DENIED;** Plaintiff's Motion for Extension of Time to Issue Service (Doc. 44) is **DENIED**; and defendants C/O Dail, C/O Johnson, C/O Rodgers and C/O Ferguson are **DISMISSED** for lack of service; and Plaintiff's Motion to Issue Service on Jamie Gillum, Kory Rogers, Kody Johnson and ODRC (Doc. 58) is **DENIED**.

    **IT IS SO ORDERED.**

                                                    *s/Michael R. Barrett*
                                                    Michael R. Barrett
                                                    United States District Judge